**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
Case No. 9:18–CV–81147–BLOOM–REINHART**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ISAC SCHWARZBAUM, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**PLAINTIFF UNITED STATES' NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff United States of America respectfully submits this Notice of Supplemental Authority to bring the Court's attention to the August 2, 2019 *Report and Recommendation*, by the United States District Court for the Middle District of Florida (Porcelli, M J), in *United States of America v. Said Rum*, Case No. 8:17-cv-826, Doc. 71, slip op. (M.D. Fla. Aug. 2, 2019) (Exhibit 1).  The supplemental authority pertains to the United States' brief in opposition to the defendant's motion for summary judgment (Doc. 43).

The United States' Notice of Supplemental Authority conforms with the Court's opinion in *Barron v. Snyder's-Lance, Inc.*, No. 13-62496-CIV, 2014 WL 2686060, at *1-*2 (S.D. Fla. Jun. 13, 2014) (Goodman, M J).  In *Barron*, this Court recognized that Local Rule 7.1(c) only authorizes opposing and reply briefs, but that notices of supplemental authority "do not fall within the purview of the rule." *Id.*  This Court stated that a notice of supplemental authority was proper when a party wishes to "'direct the Court's attention to legal authority…that was not available to the filing party at the time that that party filed the original brief to which the subsequent supplemental filing pertains.'" *Id.* (quoting *Girard v. Aztec RV Resort, Inc.*, No. 10-

1

62298-CIV, 2011 WL 4345443, at *2 (S.D. Fla. Sep. 16, 2011).  Here, the Magistrate Judge's

*Report and Recommendation* in *Rum* was not available to the United States when it filed its brief

opposing summary judgment on July 31, 2019.  It is appropriate to direct the Court's attention to

this decision because it constitutes new legal authority that pertains to arguments made by the

United States in opposition to Schwarzbaum's motion for summary judgment.

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1(a)(3), counsel for the United States attempted to confer with

counsel for the Defendant by email, but counsel for the Defendant did not respond prior to the

filing of this notice.

Dated: August 8, 2019

Respectfully submitted,

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General
Tax Division, U.S. Department of Justice

*/s/ Jeffrey N. Nuñez*
JEFFREY N. NUÑEZ
MARY ELIZABETH SMITH
JOHN P. NASTA, JR. (Fla. Bar. No. 1004432)
MICHAEL N. WILCOVE
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 14198
Washington, D.C.  20044
202-353-1988 (v)
202-514-9868 (f)
Mary.E.Smith@usdoj.gov
John.Nasta@usdoj.gov
Michael.N.Wilcove@uswdoj.gov
Jeffrey.N.Nunez@usdoj.gov

*Of counsel:*

ARIANA FAJARDO ORSHAN
United States Attorney
Southern District of Florida