IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
Case No. 9:18–CV–81147–BLOOM–REINHART

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| ISAC SCHWARZBAUM, | ) |
| Defendant. | ) |

**UNOPPOSED MOTION TO EXEMPT EXHIBITS FROM ELECTRONIC FILING**

The United States requests relief under Local Rule 5.3(b)(3)(C) from the requirement that the exhibits in this case be filed in the CM/ECF system, or in the alternative permission to file them under seal.

The exhibits in this case include of over 5,000 pages of bank records and tax returns. For most of these exhibits, each page contains confidential information that must be redacted under Fed. R. Civ. P. 5.2. In addition to being burdensome to redact, the redacted documents would still contain a large amount of information regarding Isac Schwarzbaum's personal finances. Local Rule 5.3(b)(3)(C) allows, when permitted by order of the Court, that these exhibits not be filed in the CM/ECF system and not be redacted to comply with the CM/ECF Administrative Procedures, Section 6.

**RELIEF REQUESTED**

The United States requests the Court issue an order exempting these exhibits from electronic filing as specified in the attached proposed order, or in the alternative, allow the parties to file the exhibits under seal without redaction.

## CERTIFICATE OF CONFERRAL

Pursuant to Local Rule 7.1(a)(3), I certify that I conferred with counsel for the Defendant who does not object to the relief sought.

        */s/ John P. Nasta, Jr.*
        JOHN P. NASTA, JR.
        Florida Bar #1004432
        U.S. Department of Justice, Tax Division

Date:  September 18, 2019

        RICHARD E. ZUCKERMAN
        Principal Deputy Assistant Attorney General
        Tax Division, U.S. Department of Justice

        */s/ John P. Nasta, Jr.*
        JOHN P. NASTA, JR. (Fla. Bar. No. 1004432)
        MARY ELIZABETH SMITH
        JEFFREY N. NUÑEZ
        MICHAEL N. WILCOVE
        Trial Attorneys, Tax Division
        U.S. Department of Justice
        P.O. Box 14198
        Washington, D.C.  20044
        202-353-1988 (Smith)
        202-307-6560 (Nasta)
        202-514-9868 (f)
        Mary.E.Smith@usdoj.gov
        John.Nasta@usdoj.gov
        Michael.N.Wilcove@usdoj.gov
        Jeffrey.N.Nunez@usdoj.gov

        *Of counsel:*

        ARIANA FAJARDO ORSHAN
        United States Attorney
        Southern District of Florida