**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
Case No. 9:18–CV–81147–BLOOM–REINHART**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ISAC SCHWARZBAUM, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**MOTION FOR LEAVE TO BRING
ELECTRONIC EQUIPMENT INTO THE COURTHOUSE**

The United States of America moves for an order permitting the persons listed below to bring electronic equipment into the Courthouse at trial and for testing prior to trial. Trial in this matter is set for the two week calendar beginning on Monday, September 30, 2019. More specifically, the United States requests the following persons be permitted to bring in the listed electronics:

1. Mary Smith (attorney for the Government), laptop computer, power cord, cables, two cellular telephones, USB cord, mouse.

2. John Nasta (attorney for the Government), iPad, two laptop computers, power cord, cables, two cellular telephones, USB cord, mouse.

3. Jeff Nuñez (attorney for the Government), iPad, laptop computer, power cord, cables, two cellular telephones, USB cord, mouse.

4. Marlene Frazier (paralegal for the Government): laptop computer, mouse, key pad, USB hub, cellular telephone, hard drive, thumb drive, cables, power cables, VGA cables, two video splitters, USB cables, USB adapters, USB power point presenter, adapters, HDMI cable, audio cable, A/V cable, batteries, power strip.

Accordingly, the parties request the Court permit the individuals listed above to bring the specified electronic equipment into the Courthouse for the duration of trial set for the two-week trial calendar from September 30, 2019 to October 11, 2019.

Date:   September 23, 2019

        RICHARD E. ZUCKERMAN
        Principal Deputy Assistant Attorney General
        Tax Division, U.S. Department of Justice

        */s/ John P. Nasta, Jr.*
        JOHN P. NASTA, JR. (Fla. Bar. No. 1004432)
        MARY ELIZABETH SMITH
        JEFFREY N. NUÑEZ
        MICHAEL N. WILCOVE
        Trial Attorneys, Tax Division
        U.S. Department of Justice
        P.O. Box 14198
        Washington, D.C.  20044
        202-353-1988 (Smith)
        202-307-6560 (Nasta)
        202-514-9868 (f)
        Mary.E.Smith@usdoj.gov
        John.Nasta@usdoj.gov
        Michael.N.Wilcove@usdoj.gov
        Jeffrey.N.Nunez@usdoj.gov

        *Of counsel:*

        ARIANA FAJARDO ORSHAN
        United States Attorney
        Southern District of Florida