**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
Case No. 9:18–CV–81147–BLOOM–REINHART**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| ISAC SCHWARZBAUM, | ) ) |
| Defendant. | ) ) ) |

**UNITED STATES' UNOPPOSED MOTION TO SUBSTITUTE FILED DOCUMENT**

On February 10, 2020, the United States filed its rebuttal argument at ECF No. 86. Counsel for the United States inadvertently filed the wrong the version of the document.

The correct version is attached as an exhibit to this motion. In it, section IV. A has been moved to IV. B and the correct section IV. A is inserted. The additional section is a necessary precursor to the argument at section IV. B.

The United States requests the Court consider this document in place of the one filed at ECF No. 86.

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule 7.1(a)(3), counsel for the United States conferred with counsel for the Defendant by email and they do not object to the relief sought.

1

Date:   February 11, 2020             Respectfully submitted,

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General
Tax Division, U.S. Department of Justice

*/s/ John P. Nasta, Jr.*
JOHN P. NASTA, JR. (Fla. Bar. No. 1004432)
MARY ELIZABETH SMITH
JEFFREY N. NUÑEZ
MICHAEL N. WILCOVE
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 14198
Washington, D.C. 20044
202-353-1988 (Smith)
202-307-6560 (Nasta)
202-514-9868 (f)
Mary.E.Smith@usdoj.gov
John.Nasta@usdoj.gov
Michael.N.Wilcove@usdoj.gov
Jeffrey.N.Nunez@usdoj.gov

*Of counsel:*

ARIANA FAJARDO ORSHAN
United States Attorney
Southern District of Florida