UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-81147-BLOOM/Reinhart

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ISAC SCHWARZBAUM,

    Defendant.
_____/

**FINAL JUDGMENT**

**THIS CAUSE** is before the Court following the entry of Findings of Fact and Conclusions of Law, ECF No. [92] ("Decision"), and the Order Assessing Penalties, ECF No. [98] ("Order"). The issues having been duly tried to the Court, it is **ORDERED AND ADJUDGED** as follows, consistent with the Court's Decision and Order:

1. Judgment is entered in favor of Plaintiff, the United States of America as to Counts 2, 3, and 4 of the Complaint, ECF No. [1]. Judgment is entered in favor of Defendant, Isac Schwarzbaum as to Count 1 of the Complaint. Defendant shall pay to the United States of America penalties of **$12,907,952.00**, in addition to late payment penalties and interest, for willful violations of the FBAR reporting requirements for tax years 2007, 2008, and 2009.

2. The Court reserves jurisdiction to award attorneys' fees and costs.

3. Post-judgment interest shall accrue on this Judgment pursuant to 28 U.S.C. § 1961.

4. The Clerk of Court is directed to mark this case **CLOSED**.

Case No. 18-cv-81147-BLOOM/Reinhart

**DONE AND ORDERED** in Chambers at Miami, Florida, on May 18, 2020.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record