**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**Case No. 9:18–CV–81147–BLOOM–REINHART**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ISAC SCHWARZBAUM, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**<u>AMENDED NOTICE OF APPEAL</u>**

Notice is given that defendant Isac Schwarzbaum hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Final Judgment entered in this action on May 19, 2020 (Doc. 99), and from the Amended Final Judgment entered August 27, 2020 (Doc. 105), as well as from the orders subsumed therein, including the Findings of Fact and Conclusions of Law (Doc. 92), the Order Assessing Penalties (Doc. 98), and the Order (on Motion to Alter or Amend Judgment) (Doc. 104).  Pursuant to Rule 4(a)(4)(B)(ii), Federal Rules of Appellate Procedure, this Amended Notice of Appeal is filed to include within the scope of the pending appeal (Appeal No. 20-12061-HH) a challenge of the district court's Order and Amended Final Judgment entered on plaintiff's Rule 59 motion, which was filed and decided after the date of the original notice of appeal.

Dated: September 10, 2020

HOLLAND & KNIGHT LLP

/s/   *Jose A. Casal*
JOSE A. CASAL
Florida Bar No. 767522
701 Brickell Avenue, Suite 3300

Miami, FL 33131
Telephone (305) 789-7713
Facsimile (305) 789-7799
Jose.Casal@hklaw.com

NICOLE M. ELLIOTT
Admitted Pro Hac Vice
800 17th Street NW, Suite 1100
Washington, DC 20006
Telephone (202) 469-5144
Facsimile (202) 955-5564
Nicole.Elliott@hklaw.com

WILLIAM M. SHARP, SR.
Florida Bar No. 341452
ANDREA DARLING de CORTES
Admitted Pro Hac Vice
CHAD M. VANDERHOEF
Florida Bar No. 109595
100 North Tampa Street, Suite 4100
Tampa, FL 33602
Telephone (813) 227-6387
Facsimile (813) 229-0134
William.Sharp@hklaw.com
Andrea.Cortes@hklaw.com
Chad.Vanderhoef@hklaw.com

DANIEL I. SMALL
Florida Bar. No. 42579
701 Brickell Avenue, Suite 3300
Miami, FL 33131
Telephone (305) 789-7788
Facsimile (305) 789-7799
Dan.Small@hklaw.com

Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on 10th day of September, 2020, I electronically filed the foregoing document with the clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record identified via transmission of Notices of Electronic Filing generated by CM/ECF.

       Clint A. Carpenter
       U.S. Department of Justice
       Tax Division, Appellate Section
       P.O. Box 502
       950 Pennsylvania Ave., NW
       Washington, DC 20044
       Telephone (202) 514-4346
       Facsimile (202) 514-8456
       clint.a.carpenter@usdoj.gov

*/s/ Jose A. Casal*
Jose A. Casal