**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
Case No. 9:18–CV–81147–BLOOM–REINHART**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ISAC SCHWARZBAUM, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## **NOTICE OF APPEAL**

The United States of America gives notice that it appeals to the United States Court of Appeals for the Eleventh Circuit from the Findings of Fact and Conclusions of Law entered on March 20, 2020 (ECF No. 92), from the Order Assessing Penalties entered on May 18, 2020 (ECF No. 98), from the Final Judgment entered on May 19, 2020 (ECF No. 99), and from the Amended Final Judgment entered on August 28, 2020 (ECF No. 105). Pursuant to Rule 4(a)(4)(A)(iv) of the Federal Rules of Appellate Procedure, this Notice of Appeal is timely because it is filed within 60 days of the date the Court entered an order granting the United States' motion to alter or amend the judgment under Fed. R. Civ. P. 59(e).

Date:   October 23, 2020

Respectfully submitted,

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General
Tax Division, U.S. Department of Justice

*/s/ Mary Elizabeth Smith*
MARY ELIZABETH SMITH
JOHN P. NASTA, JR. (Fla. Bar. 1004432)
JEFFREY N. NUÑEZ
MICHAEL N. WILCOVE
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 14198
Washington, D.C. 20044
214-880-9779 (Smith)
202-307-6560 (Nasta)
Mary.E.Smith@usdoj.gov
John.Nasta@usdoj.gov
Michael.N.Wilcove@usdoj.gov
Jeffrey.N.Nunez@usdoj.gov

*Of counsel:*

ARIANA FAJARDO ORSHAN
United States Attorney
Southern District of Florida