# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

November 25, 2020

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: 20-12061-HH
Case Style: USA v. Isac Schwarzbaum
District Court Docket No: 9:18-cv-81147-BB

The enclosed copy of the Clerk's Entry of Dismissal pursuant to appellant's motion to dismiss, as to the cross-appeal only, is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Christopher Bergquist, HH
Phone #: 404-335-6169

Enclosure(s)

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 20-12061-HH

_____

UNITED STATES OF AMERICA,

> Plaintiff - Appellee
> Cross - Appellant,

versus

ISAC SCHWARZBAUM,

> Defendant - Appellant
> Cross - Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

ENTRY OF DISMISSAL: Pursuant to Appellee-Cross Appellant USA's motion for voluntary dismissal, FRAP Rule 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date, as to the cross-appeal only, effective November 25, 2020.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by:  Christopher Bergquist, HH, Deputy Clerk

FOR THE COURT - BY DIRECTION