**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**Case No. 18-cv-81147-BLOOM/Reinhart**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ISAC SCHWARZBAUM,

    Defendant.
_____/

**ORDER REFERRING MOTION TO MAGISTRATE JUDGE FOR A
<u>REPORT AND RECOMMENDATIONS</u>**

    Pursuant to 28 U.S.C. § 636 and Local Magistrate Judge Rule 1, it is **ORDERED** that the Plaintiff United States' Motion to Repatriate Foreign Assets, ECF No. [115], is **REFERRED** to Magistrate Judge Bruce E. Reinhart for a Report and Recommendations.

    **DONE AND ORDERED** in Chambers at Miami, Florida, on June 3, 2021.

_____
**BETH BLOOM
UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record