# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 9:18–CV–81147–BLOOM–REINHART

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ISAC SCHWARZBAUM, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## DECLARATION OF ISAC SCHWARZBAUM IN SUPPORT OF HIS RESPONSE TO THE UNITED STATES' MOTION TO REPATRIATE FOREIGN ASSETS

I, Isac Schwarzbaum, pursuant to 28 U.S.C. § 1746, state the following:

1. My father, Abraham Schwarzbaum, established banking relationships with multiple Swiss banks beginning in or around the early 1990s.

2. I received my first Swiss account by way of gift from my father in or around 2001.

3. Since 2001, I have maintained the substantial balance of my liquid assets in Switzerland at all times, and, with one exception in 2007 in which my father gifted and transferred funds to me to an account in the United States, such assets have never been transferred out of Switzerland.

4. I transferred most of my U.S.-situs funds to Switzerland in 2009 because I moved there with my children after the birth of my daughter.

2

5. In June 2020, I moved my family back to Switzerland. Accordingly, I sold my Florida home, which was my homestead, and transferred the sales proceeds to Switzerland.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 17, 2021.

Isac Schwarzbaum

#84979544_v3