UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-81147-BLOOM/Reinhart

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ISAC SCHWARZBAUM,

    Defendant.
_____/

## ORDER REQUIRING DEFENDANT TO REPATRIATE FOREIGN ASSETS

**THIS CAUSE** is before the Court upon Plaintiff United States of America's filing its proposed order requiring Defendant Isac Schwarzbaum to repatriate foreign assets. *See* ECF No. [128-2]. The Court previously adopted Magistrate Judge Reinhart's Report and Recommendations ("R&R"), recommending that the Court grant Plaintiff's Motion to Repatriate Foreign Assets. *See* ECF No. [127] ("Order"). For the reasons set forth in the Order, it is **ORDERED AND ADJUDGED** as follows:

1. As of November 4, 2021, Defendant Isac Schwarzbaum is indebted to the United States in the total amount of $18,559,609.01 ("Outstanding Debt"), which amount is comprised of civil penalties pursuant to 31 U.S.C. § 5321(a)(5), pre-judgment interest pursuant to 31 U.S.C. § 3717(a), post-judgment interest pursuant to 28 U.S.C. § 1961, late payment penalties pursuant to 31 U.S.C. § 3717(e)(2), and a surcharge of ten percent (10%) of the debt owed in accordance with 28 U.S.C. § 3011.[1]

---

[1] The United States' Notice of Filing of Proposed Order, ECF No. [128], provides a detailed calculation of the Outstanding Debt.

Case No. 18-cv-81147-BLOOM/Reinhart

2. Defendant Isac Schwarzbaum is **ORDERED** to repatriate assets held overseas into a United States bank account in his name over which this Court has jurisdiction in an amount sufficient to satisfy the Outstanding Debt, inform counsel for the United States of the name and address of the bank and the complete bank account number, and notify the Court of his compliance with this Order within thirty (30) days.

3. Defendant Isac Shwarzbaum shall maintain the repatriated funds in the U.S. based bank account pending further order of the Court.

**DONE AND ORDERED** in Chambers at Miami, Florida, on November 5, 2021.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record