UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 9:18–CV–81147–BLOOM–REINHART

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| ISAC SCHWARZBAUM, | ) |
| Defendant. | ) |

## NOTICE OF APPEAL

Notice is given that defendant Isac Schwarzbaum hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Order Requiring Defendant to Repatriate Foreign Assets entered in this action on November 5, 2021 (Doc. 129), and from the orders subsumed therein, including the Magistrate's Report and Recommendation on the Government's Motion to Repatriate Foreign Assets (Doc. 124) and the Order Adopting Report and Recommendations (Doc. 127).

HOLLAND & KNIGHT LLP

/s/ Jose A. Casal
JOSE A. CASAL
Florida Bar No. 767522
701 Brickell Avenue, Suite 3300
Miami, FL 33131
Telephone (305) 789-7713
Facsimile (305) 789-7799
Jose.Casal@hklaw.com

NICOLE M. ELLIOTT
Admitted Pro Hac Vice
800 17th Street NW, Suite 1100
Washington, DC 20006
Telephone (202) 469-5144
Facsimile (202) 955-5564
Nicole.Elliott@hklaw.com

       WILLIAM M. SHARP, SR.
Florida Bar No. 341452
ANDREA DARLING de CORTES
Admitted Pro Hac Vice
CHAD M. VANDERHOEF
Florida Bar No. 109595
100 North Tampa Street, Suite 4100
Tampa, FL 33602
Telephone (813) 227-6387
Facsimile (813) 229-0134
William.Sharp@hklaw.com
Andrea.Cortes@hklaw.com
Chad.Vanderhoef@hklaw.com

DANIEL I. SMALL
Florida Bar. No. 42579
701 Brickell Avenue, Suite 3300
Miami, FL 33131
Telephone (305) 789-7788
Facsimile (305) 789-7799
Dan.Small@hklaw.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 3rd day of January, 2022, I electronically filed the foregoing document with the clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record identified via transmission of Notices of Electronic Filing generated by CM/ECF.

       */s/ Jose A. Casal*
       Jose A. Casal