UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

FILED BY ＿＿Ｊ.Ｈ.＿＿ D.C.

MAR 31 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 21, 2022

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: **20-12061-JJ**
Case Style: USA v. Isac Schwarzbaum
District Court Docket No: 9:18-cv-81147-BB

The following record materials in the referenced case are returned herewith:

One Envelope of Exhibits.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Will Miller
Phone #: (404)335-6115

REC-3 Ltr Returning Record to DC

/ Acc. Folder Containing de# 71 (2 CD's), and de# 72 (1 CD)