UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-81147-BLOOM/Reinhart

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ISAC SCHWARZBAUM,

    Defendant.
_____/

# ORDER ON UNOPPOSED MOTION TO VACATE
# ORDER REQUIRING DEFENDANT TO REPATRIATE FOREIGN ASSETS

**THIS CAUSE** is before the Court on Defendant Isac Schwarzbaum's Unopposed Motion to Vacate Order Requiring Defendant to Repatriate Foreign Assets, ECF No. [142] ("Motion"). In the Motion, Defendant requests that the Court vacate its Order Requiring Defendant to Repatriate Foreign Assets, ECF No. [129] ("Repatriation Order"). Defendant contends that the Repatriation Order seeks to enforce the amended final judgment, ECF No. [105], which was vacated by the United States Court of Appeals for the Eleventh Circuit. *See United States v. Schwarzbaum*, 24 F.4th 1355, 1367 (11th Cir. 2022). As such, Defendant requests that the Court vacate the Repatriation Order pursuant to Rule 60(b)(5) of the Federal Rules of Civil Procedure.

Pursuant to Federal Rule of Civil Procedure Rule 60, courts may grant relief from a final judgment or order based upon a variety of specifically enumerated reasons. *See* Fed. R. Civ. P. 60(b). Relevant here, Rule 60(b)(5) provides that a court may relieve a party from an order where "it is based on an earlier judgment that has been reversed or vacated[.]" Fed. R. Civ. P. 60(b)(5). Here, Defendant correctly notes, and the United States of America does not dispute, that the Repatriation Order was entered to enforce the amended judgment, which is no longer in force

Case No. 18-cv-81147-BLOOM/Reinhart

following the Eleventh's Circuit decision.

Accordingly, the Court finds that the circumstances warrant vacating the Repatriation Order pursuant to Rule 60(b)(5). Therefore, it is **ORDERED AND ADJUDGED**, that the Motion, **ECF No. [142]**, is **GRANTED**. The Repatriation Order, **ECF No. [129]**, is **VACATED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on April 7, 2022.

_____
**BETH BLOOM
UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record