UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-81147-BLOOM/Reinhart

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ISAC SCHWARZBAUM,

    Defendant.

_____/

## ORDER OF REMAND

**THIS CAUSE** is before the Court upon remand from the United States Court of Appeals for the Eleventh Circuit. ECF No. [139] ("Mandate").

In accordance with the Eleventh Circuit's Mandate, it is **ORDERED AND ADJUDGED** that the Amended Judgment, ECF No. [105], is vacated, and this case is **REMANDED** to the IRS for recalculation of Schwarzbaum's FBAR penalties.

**DONE AND ORDERED** in Chambers at Miami, Florida, on May 16, 2022.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record