# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

June 28, 2022

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

FILED BY _____ AP _____ D.C.

Jun 28, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Appeal Number:  22-10021-JJ
Case Style:  USA v. Isac Schwarzbaum
District Court Docket No:  9:18-cv-81147-BB

The enclosed copy of the Clerk's Order of Dismissal pursuant to appellant's motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

Any pending motions are now rendered moot in light of the attached order.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Tiffany A. Tucker, JJ/lt
Phone #: (404)335-6193

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

———————

No. 22-10021-JJ

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ISAC SCHWARZBAUM,

Defendant - Appellant.

———————————————————————

Appeal from the United States District Court
for the Southern District of Florida

———————————————————————

ORDER: Pursuant to Appellant Isac Schwarzbaum's motion for voluntary dismissal, FRAP
Rule 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on
this date.

Effective June 28, 2022.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

FOR THE COURT - BY DIRECTION