UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-81147-BLOOM/Reinhart

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ISAC SCHWARZBAUM,

    Defendant.
_____/

## FINAL JUDGMENT AFTER REMAND

**THIS CAUSE** is before the Court following the entry of its Order on the United States of America's Motion for Entry of a Second Amended Judgment, ECF No. [160] ("Order"). Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Judgment is entered in favor of Plaintiff, the United States of America as to Counts 2, 3, and 4 of the Complaint, ECF No. [1]. Judgment is entered in favor of Defendant, Isac Schwarzbaum as to Count 1 of the Complaint.

2. Defendant shall pay to the United States of America penalties of **$12,555,813.00**, for willful violations of the FBAR reporting requirements for tax years 2007, 2008, and 2009 as follows:

    a. $4,185,271.00 as an assessed willful FBAR penalty for the year 2007;

    b. $4,185,271.00 as an assessed willful FBAR penalty for the year 2008;

    c. $4,185,271.00 as an assessed willful FBAR penalty for the year 2009.

3. Defendant is liable to the United States of America for accrued late-payment penalties on the FBAR penalties for tax years 2007 through 2009 as provided by 31 U.S.C.

Case No. 18-cv-81147-BLOOM/Reinhart

§ 3717(e)(2) in a total amount of **$4,606,204.18** as of November 1, 2022. Late payment penalties shall continue to accrue pursuant to 31 U.S.C. § 3717(e)(2) and 31 C.F.R. §§ 5.5(a), 901.9 until the principal amount of the penalty is paid.

4. Defendant is liable to the United States of America for accrued prejudgment interest on the FBAR penalties for tax years 2007 through 2009 as provided by 31 U.S.C. § 3717(a)(1) in the total amount of **$767,700.70** as of November 1, 2022.

5. Post-judgment interest shall accrue on this Judgment pursuant to 28 U.S.C. § 1961.

6. The Court reserves jurisdiction to award attorneys' fees and costs.

7. This case shall remain **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on November 1, 2022.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record