IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
Case No. 9:18–CV–81147–BLOOM–REINHART

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| ISAC SCHWARZBAUM, | ) |
| Defendant. | ) |

**UNITED STATES' NOTICE OF WITHDRAWAL OF ATTORNEY APPEARANCE**

Please withdraw the appearance of John P. Nasta, Jr. as counsel for the United States. Mr. Nasta will be departing the Department of Justice effective November 6, 2022. Mary Elizabeth Smith, Jeffrey Nunez, and Michael Wilcove will remain counsel for the United States.

Date: November 1, 2022

DAVID A. HUBBERT
Deputy Assistant Attorney General

By: **John P. Nasta, Jr.**
JOHN P. NASTA, JR. (Fla. Bar. No. 1004432)
MARY ELIZABETH SMITH
JEFFREY N. NUÑEZ
MICHAEL N. WILCOVE
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 14198
Washington, D.C.  20044
214-880-9779 (Smith)
214-880-9728 (Nasta)
202-353-1988 (Nuñez)
202-514-6474 (Wilcove)
202-514-4963 (fax)

Mary.E.Smith@usdoj.gov
John.Nasta@usdoj.gov
Jeffrey.N.Nunez@usdoj.gov
Michael.N.Wilcove@usdoj.gov

*Of counsel:*

JUAN ANTONIO GONZALEZ
United States Attorney
Southern District of Florida

*Attorneys for the United States of America*