IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
Case No. 9:18–CV–81147–BLOOM–REINHART

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| ISAC SCHWARZBAUM, | ) |
| Defendant. | ) |

**DECLARATION OF TRIAL ATTORNEY JEFFREY N. NUÑEZ IN SUPPORT OF THE UNITED STATES' RENEWED MOTION TO REPATRIATE FOREIGN ASSETS**

I, Jeffrey N. Nuñez, pursuant to 28 U.S.C. § 1746, state as follows:

1. I am a trial attorney employed by the United States Department of Justice Tax Division, Civil Trial Northern Section, and I am one of the attorneys to whom the above-captioned case has been assigned. I make this Declaration in support of the United States' Renewed Motion to Repatriate Foreign Assets.

2. Appended to the United States' Renewed Motion to Repatriate Foreign Assets as Exhibit C is a true and accurate copy of Defendant Isac Schwarzbaum's 2021 FBAR that I received from the Office of the Chief Counsel, Department of the Treasury, and the attorney assigned to this case, on December 6, 2022. Information from the 2021 FBAR has been redacted in accordance with Fed. R. Civ. P. 5.2(a).

3. Appended to the United States' Renewed Motion to Repatriate Foreign Assets as Exhibit D is a true and accurate copy of the demand letter that I sent via email to Defendant Isac Schwarzbaum's counsel on November 4, 2022.

**Exhibit B**

4.	Appended to the United States' Renewed Motion to Repatriate Foreign Assets as Exhibit E is a true and accurate copy of the letter I received from Mr. Schwarzbaum's counsel on November 7, 2022.

5.	Exhibits C, D, and E are documents maintained in in the government's litigation file for this case (whether in paper or electronic format), of which I have custody and control.

6.	As of the date of this Declaration, Schwarzbaum has not paid anything towards the final judgment after remand, supplemented his discovery responses, or produced to government counsel any updated financial information.

I declare under penalty of perjury, that the foregoing is true and accurate. Executed on this 6th day of January, 2023.

_____
JEFFREY N. NUÑEZ
Trial Attorney, Tax Division
U.S. Department of Justice