**FinCEN** | Financial Crimes Enforcement Network
United States Department of the Treasury

## FBAR Transcript

BSA: [redacted] and DCN:

**Exhibit**
_____
C

BSA:

### Filing Information

| | |
|---|---|
| Filing Type(s) | Initial Report |
| Filing Date | 05/31/2022 |
| Received Date | 05/31/2022 |
| Entry Date | 06/01/2022 |
| Report for Calendar Year | 2021 |
| Submission Method | Electronic batch filing |
| Submitted by Authorized Third Party | Yes |

### Filer Information

| | | |
|---|---|---|
| Filer Role | Foreign account filer | |
| Filer TIN | Identification Type | SSN/ITIN |
| | Identification Number | [redacted]3359 |
| Type of Filer | Individual | |
| Filer Last Name or Organization Name | Schwarzbaum | |
| Filer First Name | Isac | |
| Filer Date of Birth | [redacted] | |
| Filer Address | Address Type | Foreign account filer address |
| | Street Address | Witackergasse 11 |
| | | WITACKERGASSE 11 - Enhanced |
| | City | Heiligkreuz |
| | | HEILIGKREUZ - Enhanced |
| | ZIP Code | 8888 |
| | | 8888 - Enhanced |
| | Country | CH |
| | | CH - Enhanced |
| Financial Interest in 25 or More Accounts | No | |
| Signature Authority in 25 or More Accounts | No | |

### Information on Financial Account(s) Owned Separately

**Account 1 of 9**

| | | |
|---|---|---|
| Report For Calendar Year | 2021 | |
| Filer Role | Foreign account filer | |
| Filer TIN | Identification Type | SSN/ITIN |
| | Identification Number | [redacted]3359 |

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

**FinCEN** | Financial Crimes Enforcement Network
United States Department of the Treasury

BSA:

## FBAR Transcript

BSA: ▮▮▮▮▮▮▮▮▮▮ and DCN:

| Information on Financial Account(s) Owned Separately | |
|---|---|
| **Type of Filer** | Individual |
| **Filer Last Name or Organization Name** | Schwarzbaum |
| **Account Type** | Securities |
| **Account Number or Other Designation** | ▮▮▮▮1003 |
| **Maximum value of Account During Calendar Year Reported** | $15,888,996 |
| **Name of Financial Institution in which the Account is Held** | Reichmuth & Co. |

| **Financial Institution Address** | Address Type | Foreign account financial institution address |
|---|---|---|
| | Street Address | Todistrasse 63 |
| | | TODISTRASSE 63 - Enhanced |
| | City | Zurich |
| | | ZURICH - Enhanced |
| | ZIP Code | CH8002 |
| | | 8002 - Enhanced |
| | Country | CH |
| | | CH - Enhanced |

### Account 2 of 9

| | |
|---|---|
| **Report For Calendar Year** | 2021 |
| **Filer Role** | Foreign account filer |

| **Filer TIN** | Identification Type | SSN/ITIN |
|---|---|---|
| | Identification Number | ▮▮▮▮3359 |

| | |
|---|---|
| **Type of Filer** | Individual |
| **Filer Last Name or Organization Name** | Schwarzbaum |
| **Account Type** | Securities |
| **Account Number or Other Designation** | ▮▮▮▮1005 |
| **Maximum value of Account During Calendar Year Reported** | $33,583 |
| **Name of Financial Institution in which the Account is Held** | Reichmuth & Co. |

| **Financial Institution Address** | Address Type | Foreign account financial institution address |
|---|---|---|
| | Street Address | Todistrasse 63 |
| | | TODISTRASSE 63 - Enhanced |
| | City | Zurich |
| | | ZURICH - Enhanced |
| | ZIP Code | CH8002 |

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

**FinCEN** | Financial Crimes Enforcement Network
United States Department of the Treasury

BSA:

## FBAR Transcript
BSA: [redacted] and DCN:

| Information on Financial Account(s) Owned Separately | | |
|---|---|---|
| | | 8002 - Enhanced |
| | Country | CH |
| | | CH - Enhanced |

| Account 3 of 9 | | |
|---|---|---|
| Report For Calendar Year | 2021 | |
| Filer Role | Foreign account filer | |
| Filer TIN | Identification Type | SSN/ITIN |
| | Identification Number | [redacted]3359 |
| Type of Filer | Individual | |
| Filer Last Name or Organization Name | Schwarzbaum | |
| Account Type | Bank | |
| Account Number or Other Designation | [redacted]7710 | |
| Maximum value of Account During Calendar Year Reported | $1 | |
| Name of Financial Institution in which the Account is Held | Rahn & Bodmer | |
| Financial Institution Address | Address Type | Foreign account financial institution address |
| | Street Address | Talstrasse 15 |
| | | TALSTRASSE 15 - Enhanced |
| | City | Zurich |
| | | ZURICH - Enhanced |
| | ZIP Code | CH8002 |
| | | 8002 - Enhanced |
| | Country | CH |
| | | CH - Enhanced |

| Account 4 of 9 | | |
|---|---|---|
| Report For Calendar Year | 2021 | |
| Filer Role | Foreign account filer | |
| Filer TIN | Identification Type | SSN/ITIN |
| | Identification Number | [redacted]3359 |
| Type of Filer | Individual | |
| Filer Last Name or Organization Name | Schwarzbaum | |
| Account Type | Bank | |
| Account Number or Other Designation | [redacted]3395 | |
| Maximum value of Account | $71,198 | |

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to identify or assist against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

**FinCEN** | Financial Crimes Enforcement Network
United States Department of the Treasury

BSA:

## FBAR Transcript

BSA: ▇▇▇▇▇▇▇ and DCN:

## Information on Financial Account(s) Owned Separately

| During Calendar Year Reported | | |
|---|---|---|
| Name of Financial Institution in which the Account is Held | PostFinance AG | |
| Financial Institution Address | Address Type | Foreign account financial institution address |
| | Street Address | Emil Frey-Strasse 100 |
| | | EMIL FREY-STRASSE 100 - Enhanced |
| | City | Muenchenstein |
| | | MUENCHENSTEIN - Enhanced |
| | ZIP Code | CH4142 |
| | | 4142 - Enhanced |
| | Country | CH |
| | | CH - Enhanced |

| Account 5 of 9 | | |
|---|---|---|
| Report For Calendar Year | 2021 | |
| Filer Role | Foreign account filer | |
| Filer TIN | Identification Type | SSN/ITIN |
| | Identification Number | ▇▇3359 |
| Type of Filer | Individual | |
| Filer Last Name or Organization Name | Schwarzbaum | |
| Account Type | Securities | |
| Account Number or Other Designation | ▇▇7701 | |
| Maximum value of Account During Calendar Year Reported | $13,990,332 | |
| Name of Financial Institution in which the Account is Held | Rahn & Bodmer | |
| Financial Institution Address | Address Type | Foreign account financial institution address |
| | Street Address | Talstrasse 15 |
| | | TALSTRASSE 15 - Enhanced |
| | City | Zurich |
| | | ZURICH - Enhanced |
| | ZIP Code | CH8002 |
| | | 8002 - Enhanced |
| | Country | CH |
| | | CH - Enhanced |

| Account 6 of 9 | | |
|---|---|---|
| Report For Calendar Year | 2021 | |
| Filer Role | Foreign account filer | |

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

**FinCEN** | Financial Crimes Enforcement Network
United States Department of the Treasury

BSA:

## FBAR Transcript

BSA: [REDACTED] and DCN:

| Information on Financial Account(s) Owned Separately | | |
|---|---|---|
| Filer TIN | Identification Type | SSN/ITIN |
| | Identification Number | [REDACTED]3359 |
| Type of Filer | Individual | |
| Filer Last Name or Organization Name | Schwarzbaum | |
| Account Type | Securities | |
| Account Number or Other Designation | [REDACTED]1004 | |
| Maximum value of Account During Calendar Year Reported | $33,583 | |
| Name of Financial Institution in which the Account is Held | Reichmuth & Co. | |
| Financial Institution Address | Address Type | Foreign account financial institution address |
| | Street Address | Todistrasse 63 |
| | | TODISTRASSE 63 - Enhanced |
| | City | Zurich |
| | | ZURICH - Enhanced |
| | ZIP Code | CH8002 |
| | | 8002 - Enhanced |
| | Country | CH |
| | | CH - Enhanced |
| **Account 7 of 9** | | |
| Report For Calendar Year | 2021 | |
| Filer Role | Foreign account filer | |
| Filer TIN | Identification Type | SSN/ITIN |
| | Identification Number | [REDACTED]3359 |
| Type of Filer | Individual | |
| Filer Last Name or Organization Name | Schwarzbaum | |
| Account Type | Securities | |
| Account Number or Other Designation | [REDACTED]1006 | |
| Maximum value of Account During Calendar Year Reported | $1 | |
| Name of Financial Institution in which the Account is Held | Reichmuth & Co. | |
| Financial Institution Address | Address Type | Foreign account financial institution address |
| | Street Address | Todistrasse 63 |
| | | TODISTRASSE 63 - Enhanced |
| | City | Zurich |

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

FinCEN | Financial Crimes Enforcement Network
United States Department of the Treasury

BSA:

## FBAR Transcript
BSA: _____ and DCN:

| Information on Financial Account(s) Owned Separately | | |
|---|---|---|
| | | ZURICH - Enhanced |
| | ZIP Code | CH8002 |
| | | 8002 - Enhanced |
| | Country | CH |
| | | CH - Enhanced |
| **Account 8 of 9** | | |
| Report For Calendar Year | 2021 | |
| Filer Role | Foreign account filer | |
| Filer TIN | Identification Type | SSN/ITIN |
| | Identification Number | 3359 |
| Type of Filer | Individual | |
| Filer Last Name or Organization Name | Schwarzbaum | |
| Account Type | Securities | |
| Account Number or Other Designation | 1001 | |
| Maximum value of Account During Calendar Year Reported | $7,806,447 | |
| Name of Financial Institution in which the Account is Held | Reichmuth & Co. | |
| Financial Institution Address | Address Type | Foreign account financial institution address |
| | Street Address | Todistrasse 63 |
| | | TODISTRASSE 63 - Enhanced |
| | City | Zurich |
| | | ZURICH - Enhanced |
| | ZIP Code | CH8002 |
| | | 8002 - Enhanced |
| | Country | CH |
| | | CH - Enhanced |
| **Account 9 of 9** | | |
| Report For Calendar Year | 2021 | |
| Filer Role | Foreign account filer | |
| Filer TIN | Identification Type | SSN/ITIN |
| | Identification Number | 3359 |
| Type of Filer | Individual | |
| Filer Last Name or Organization Name | Schwarzbaum | |
| Account Type | Bank | |
| Account Number or Other | 1821 | |

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

**FinCEN** | Financial Crimes Enforcement Network
United States Department of the Treasury

## FBAR Transcript

BSA: [REDACTED] and DCN:

| Information on Financial Account(s) Owned Separately | | |
|---|---|---|
| Designation | | |
| Maximum value of Account During Calendar Year Reported | $85,561 | |
| Name of Financial Institution in which the Account is Held | PostFinance AG | |
| Financial Institution Address | Address Type | Foreign account financial institution address |
| | Street Address | Emil Frey-Strasse 100 |
| | | EMIL FREY-STRASSE 100 - Enhanced |
| | City | Muenchenstein |
| | | MUENCHENSTEIN - Enhanced |
| | ZIP Code | CH4142 |
| | | 4142 - Enhanced |
| | Country | CH |
| | | CH - Enhanced |

| Signature | |
|---|---|
| Signature Date | 05/31/2022 |

| Third Party Preparer Use Only | | |
|---|---|---|
| Preparer's Last Name | Waters, CPA | |
| Preparer's First Name | James | |
| Preparer's MI | P. | |
| Preparer's TIN | Identification Type | PTIN |
| | Identification Number | [REDACTED] |
| Phone Number | (727) 576-1245 | |
| Preparing Firm's Name | GARCIA & ORTIZ PA | |
| Preparing Firm's TIN | Identification Type | EIN |
| | Identification Number | [REDACTED] |
| Preparer's Address | Address Type | Third Party Preparer Firm Address |
| | Street Address | 888 EXECUTIVE CENTER DR W STE 101 |
| | | 888 EXECUTIVE CENTER DR W STE 101 - Enhanced |
| | City | SAINT PETERSBURG |
| | | SAINT PETERSBURG - Enhanced |
| | State | FL |
| | | FL - Enhanced |
| | ZIP Code | 33702 |
| | | 33702-2402 - Enhanced |
| | Country | US |

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

FinCEN | Financial Crimes Enforcement Network
United States Department of the Treasury

FBAR Transcript

BSA: ▓▓▓▓▓▓▓▓ and DCN:

| Third Party Preparer Use Only | | |
|---|---|---|
| | | US - Enhanced |

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.