

**U.S. Department of Justice**
**Tax Division**
*Civil Trial Section, Northern Region*

*Trial Attorney: Jeffrey N. Nuñez*
*Tel: 202-616-5218 / Fax: 202-514-5238*
*Email: Jeffrey.N.Nunez@usdoj.gov*

*Please reply to:*  P.O. Box 55
Washington, D.C. 20044

DAH:AAF:JNNunez
DJ 5-18-25637
CMN 2018100116

*Via Email to jose.casal@hklaw.com*     November 4, 2022

Jose Casal, Esq.
Holland & Knight LLP
701 Brickell Avenue, Suite 3300
Miami, Florida 33131

      Re:    *United States v. Isac Schwarzbaum*
                Case No. 9:18-CV-81147-BLOOM (S.D. Fla.)

**Exhibit D**

Dear Mr. Casal:

    I am writing to demand prompt payment of the *Final Judgment After Remand* entered against your client, Isac Schwarzbaum, and in favor of the United States, in the amount of **$17,929,717.88**, plus late payment penalties under 31 U.S.C. § 3717(e)(2) and post-judgment interest pursuant to 28 U.S.C. § 1961, from and after November 1, 2022. Both the failure to pay penalties and post-judgment interest continue to accrue until payment in full. A copy of the final judgment is enclosed.

    We are requesting that your client pay the judgment by December 5, 2022, which is 30 days from the date of this letter. Please contact me to obtain the total balance due and instructions on how to make payment. Alternatively, pursuant to Fed. R. Civ. P. 62(b), your client may obtain a stay of the judgment by posting a bond or other security approved by the court.

    If we do not receive payment or hear from you by December 5, 2022, we will consider taking forced collection actions. If we must take forced collection actions, your client will be subject to a 10% surcharge under 28 U.S.C. § 3011. If you cannot, or will not, pay by December 5, 2022, we further demand that Schwarzbaum supplement his January 27, 2021 responses to the United States' November 17, 2020 *Requests for the Production of Documents* and *Interrogatories to Defendant*, in accordance with Fed. R. Civ. P. 26(e). Schwarzbaum does not have to produce any documents or interrogatory responses previously produced but, rather, he should supplement his responses with amended interrogatory responses if his responses have changed, or if he has additional documents to produce such as updated bank statements from and after January 2021, and any 2020- and 2021-income tax returns and FBARs (FinCEN Forms 114) for the relevant reporting periods which occurred after your client's prior set of discovery responses.

    If you have any questions or concerns, feel free to contact me at (202) 616-5218, or via email at jeffrey.n.nunez@usdoj.gov.

        Sincerely yours,


        JEFFREY N. NUÑEZ
        Trial Attorney
        Civil Trial Section, Northern Region

CC: (via email)
Chad Vanderhoef, Esq., chad.vanderhoef@hklaw.com

Encl: Final Judgment After Remand