# Holland & Knight

701 Brickell Avenue, Suite 3300 | Miami, FL 33131 | T 305.374.8500 | F 305.789.7799
Holland & Knight LLP | www.hklaw.com

Jose A. Casal
+1 305.789.7713
Jose.Casal@hklaw.com

November 7, 2022

*Via E-mail (jeffrey.n.nunez@usdoj.gov)*

Jeffrey Nunex, Esq.
Trial Attorney
United States Dept. of Justice

      Re:    *United States v. Schwarzbaum*, No. 9:18-cv-81147-BLOOM

Dear Jeffrey:

I write to acknowledge receipt of your November 4, 2022 letter demanding payment from Mr. Schwarzbaum after the *Final Judgment After Remand* in the referenced case. We will forward your letter to Mr. Schwarzbaum for his attention.

Your request for supplemental responses to the United States' November 17, 2020 *Requests for the Production of Documents and Interrogatories to Defendant* is premature. Further, the government already possesses much of the requested information. To the extent that additional discovery is necessary or merited, the United States can request such information at the appropriate time.

Sincerely yours,

HOLLAND & KNIGHT LLP

*/s/ Jose A. Casal*

Jose A. Casal
JAC

cc: Chad M. Vanderhoef, Esq. (via *email*)

**Exhibit E**