IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
Case No. 9:18–CV–81147–BLOOM–REINHART

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| ISAC SCHWARZBAUM, | ) ) |
| Defendant. | ) ) ) |

### DECLARATION OF TRIAL ATTORNEY MARY ELIZABETH SMITH

I, Mary Elizabeth Smith, pursuant to 28 U.S.C. § 1746, state as follows:

1. I am a trial attorney employed by the United States Department of Justice Tax Division, Civil Trial Southwestern Section, and I am one of the attorneys assigned to represent the United States in this case. I make this Declaration in support of the United States' Motion for Order to Show Cause Why Defendant Isac Schwarzbaum Should Not Be Held in Civil Contempt.

2. Attached to this Declaration as Exhibit A is a true and accurate copy of a letter that the United States sent via email to Defendant Isac Schwarzbaum's counsel on June 26, 2023. Mr. Schwarzbaum did not respond to the letter. Nor has Mr. Schwarzbaum, to date, complied with the provisions of this Court's March 29, 2023 repatriation order (ECF No. 176).



Exhibit 1

2

I declare under penalty of perjury that the foregoing is true and accurate.

Executed on this 29th day of September 2023.

_____
MARY ELIZABETH SMITH
United States Department of Justice
Trial Attorney, Tax Division