

U.S. Department of Justice

Tax Division

*Trial Attorney: Mary Elizabeth Smith*      *Civil Trial Section, Southwestern Region*
*Attorney's Direct Line: 214-880-9779*     *717 N. Harwood, Suite 400*
*Fax No.: 214-880-9741*     *Dallas, Texas 75201*
*Mary.E.Smith@usdoj.gov*

DAH:AAF:MESmith
DJ 5-18-25637
CMN 2018100116

June 26, 2023

**BY ELECTRONIC MAIL ONLY**
Chad Vanderhoef, Esq.
Holland & Knight LLP
100 North Tampa Street, Suite 4100
Tampa, Florida 33602
Chad.vanderhoef@hklaw.com

Jose Casal, Esq.
Holland & Knight LLP
701 Brickell Avenue, Suite 3300
Miami, Florida 33131
jose.casal@hklaw.com

    Re:    *United States v. Isac Schwarzbaum*
              Case No. 9:18-CV-81147-BLOOM (S.D. Fla.)

Dear Counsel:

    The purpose of this letter is to address Isac Schwarzbaum's failure to comply with the Order on the United States' Renewed Motion for Order to Repatriate Foreign Assets (ECF No. 176) ("Repatriation Order") entered on March 29, 2023. Pursuant to the Repatriation Order, Mr. Schwarzbaum was required to "repatriate assets held overseas into a United States bank account in his name over which this Court has jurisdiction in an amount sufficient to satisfy the Outstanding Debt [(*i.e.*, $17,929,717.88)], inform counsel for the United States of the name and address of the bank an the complete bank account number, and notify the Court of his compliance with this Order no later than April 28, 2023." ECF No. 176. Mr. Schwarzbaum ignored that deadline.

    Although Mr. Schwarzbaum filed a motion to stay the Repatriation Order, the Court denied his motion on June 9, 2023, and he has not asked the Eleventh Circuit to review that denial. To date, Mr. Schwarzbaum has not complied with the Repatriation Order. In an effort to resolve this issue without further judicial intervention, the United States asks that Mr. Schwarzbaum comply with the Repatriation Order by July 26, 2023. If Mr. Schwarzbaum has not complied with the Repatriation Order by that date, the United States will file a motion for order to show cause why Mr. Schwarzbaum should not be held in contempt.

**Exhibit A**

If you have any questions or concerns, feel free to contact me at (214) 880-9779, or via email at mary.e.smith@usdoj.gov.

Sincerely,

MARY ELIZABETH SMITH
Trial Attorney
Civil Trial Section, Southwestern Region