IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
Case No. 9:18–CV–81147–BLOOM–REINHART

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| ISAC SCHWARZBAUM, | ) |
| Defendant. | ) |

**NOTICE REGARDING REPORT AND RECOMMENDATION (ECF NO. 196)**

On November 7, 2023, United States Magistrate Judge Bruce E. Reinhart issued a Report and Recommendation (ECF No. 196) regarding the United States' Motion for Order to Show Cause Why Defendant Should Not Be Held in Contempt (ECF No. 189). The Report and Recommendation provides that if counsel do not intend to file objections, they must file a notice advising the Court within five days. ECF No. 196 at 6. The United States does not intend to file objections to the Report and Recommendation.

Dated: November 9, 2023                    Respectfully submitted,

DAVID A. HUBBERT
Deputy Assistant Attorney General
Tax Division, U.S. Department of Justice

*/s/ Mary Elizabeth Smith*
MARY ELIZABETH SMITH
JEFFREY N. NUÑEZ
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 14198
Washington, D.C.  20044
214-880-9779 (Smith)
202-353-1988 (Nuñez)
202-514-4963 (fax)
Mary.E.Smith@usdoj.gov
Jeffrey.N.Nunez@usdoj.gov

Counsel for Plaintiff
United States of America