IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 9:18–CV–81147–BLOOM–REINHART

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ISAC SCHWARZBAUM, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DECLARATION OF ISAC SCHWARZBAUM IN SUPPORT OF HIS MEMORANDUM ON CONTEMPT SANCTIONS**

I, Isac Schwarzbaum, pursuant to 28 U.S.C. § 1746, state the following:

1. I am 68 years old. I reside in Heiligkreuz, Switzerland.

2. In 2009, I suffered a massive heart attack, which required quintuple bypass surgery. During my recovery from surgery, I was unable to travel by order of my doctor. As a result of my travel restrictions, I was not able to visit my ailing father before he passed away.

3. On June 6, 2023, I suffered another major heart attack, which required emergency transportation to the hospital. However, this recent condition was not capable of being corrected by surgical intervention.

4. On July 27, 2023, I underwent a heart stress test under my doctor's supervision.

5. Based on the results of that stress test, my cardiologist cautioned me against unnecessary physical and mental stress because such situations could be very harmful to my health. Further, my doctor advised against any travel by airplane for at least the remainder of 2023, and possibly longer.

6. On February 9, 2024, my cardiologist affirmed his earlier advice and instructed me not to take any long flights.

7. On February 13, 2024, my general practitioner instructed me to avoid air travel until August 31, 2024 and to limit ground travel to a duration of four to six hours.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*[signature]*

Isac Schwarzbaum

February 15th, 2024