**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**Case No. 9:18–CV–81147–BLOOM–REINHART**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ISAC SCHWARZBAUM, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## FINAL JUDGMENT

**THIS CAUSE** is before this Court following the entry of the United States Court of

Appeals for the Eleventh Circuit's mandate on March 17, 2025, directing this Court "to enter a

judgment in the amount of $12,255,813, and to calculate the amount of late fees and interest."

ECF No. 206 at 58. Pursuant to this Court's March 19, 2025 Order, ECF No. 207, the United

States of America and Isac Schwarzbaum submitted a joint notice attaching a proposed final

judgment that details the total amount owed by Mr. Schwarzbaum as of April 2, 2025.

For the reasons set forth in the Eleventh Circuit's mandate and the parties' joint notice, it

is hereby **ORDERED AND ADJUDGED** that a Final Judgment in this case is entered as

follows:

1.	Final Judgment is entered in favor of Plaintiff, the United States of America as to

Counts 2, 3, and 4 of the Complaint (ECF No. 1). Judgment is entered in favor of Mr.

Schwarzbaum as to Count 1 of the Complaint. Mr. Schwarzbaum shall pay to the United States:

    a.	$4,085,271.00 as an assessed willful FBAR penalty for the year 2007;

    b.	$4,085,271.00 as an assessed willful FBAR penalty for the year 2008;

      c.   $4,085,271.00 as an assessed willful FBAR penalty for the year 2009;

      d.   pre-judgment interest amounting to_____;

      e.   late-payment penalties under 31 U.S.C. § 3717(e)(2) amounting to

          _____, plus accruals at the rate provided in 31 C.F.R. § 5.5(a)

          from the date of this judgment until paid; and

      f.   post-judgment interest under 28 U.S.C. § 1961(a).

2.      The Court reserves jurisdiction to award attorneys' fees and costs.

3.      The Clerk of Court is directed to mark this case **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida on _____, 2025.

 

                            _____

                            **BETH BLOOM**
                            **UNITED STATES DISTRICT JUDGE**