UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-81147-BLOOM/Reinhart

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ISAC SCHWARZBAUM,

    Defendant.
_____/

## **FINAL JUDGMENT**

**THIS CAUSE** is before this Court following the entry of the United States Court of Appeals for the Eleventh Circuit's mandate on March 17, 2025, directing this Court "to enter a judgment in the amount of $12,255,813, and to calculate the amount of late fees and interest." ECF No. [206] at 58. Pursuant to this Court's March 19, 2025 Order, ECF No. [207], the United States of America and Isac Schwarzbaum submitted a joint notice attaching a proposed final judgment that details the total amount owed by Mr. Schwarzbaum as of April 2, 2025. ECF No. [209].

For the reasons set forth in the Eleventh Circuit's mandate and the parties' joint notice, it is hereby **ORDERED AND ADJUDGED** that a Final Judgment in this case is entered as follows:

1.    Final Judgment is entered in favor of Plaintiff, the United States of America as to Counts 2, 3, and 4 of the Complaint, ECF No. [1]. Judgment is entered in favor of Mr. Schwarzbaum as to Count 1 of the Complaint. Mr. Schwarzbaum shall pay to the United States:

    a.    $4,085,271.00 as an assessed willful FBAR penalty for the year 2007;

Case No. 18-cv-81147-BLOOM/Reinhart

    b. $4,085,271.00 as an assessed willful FBAR penalty for the year 2008;

    c. $4,085,271.00 as an assessed willful FBAR penalty for the year 2009;

    d. pre-judgment interest amounting to $1.047,955.96;

    e. late-payment penalties under 31 U.S.C. § 3717(e)(2) amounting to $6,287,735.73, plus accruals at the rate provided in 31 C.F.R. § 5.5(a) from the date of this judgment until paid; and

    f. post-judgment interest under 28 U.S.C. § 1961(a).

2. The Court reserves jurisdiction to award attorneys' fees and costs.

3. The Clerk of Court is directed to mark this case as **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida on April 8, 2025.

*[signature]*

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

CC: Counsel of Record