IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
Case No. 9:18–CV–81147–BLOOM–REINHART

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| ISAC SCHWARZBAUM, | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

I certify that on August 15, 2025, I sent a copy of the Court's *Order Adopting Magistrate Judge's Report and Recommendations* (ECF No. 222) by electronic mail and Federal Express International Delivery to the defendant Isac Schwarzbaum at the email address and mailing address Mr. Schwarzbaum provided to the United States and the Court:

Isac Schwarzbaum
Witackergasse 11
8888 Heiligkreuz
Switzerland
Email: stgt@att.net

The Court's *Order* indicated that it also sent copies of the same to Mr. Schwarzbaum.

Under the circumstances, the United States submits that no other or further notice is required.

|  |  |
|---|---|
|  | **For UNITED STATES OF AMERICA, Plaintiff** |
|  | */s/ Jeffrey N. Nuñez* <br> JEFFREY N. NUÑEZ <br> Trial Attorney, Tax Division <br> U.S. Department of Justice <br> P.O. Box 55, Ben Franklin Station <br> Washington, D.C. 20044 <br> (202) 616-5218 (Nunez) <br> Jeffrey.N.Nunez@usdoj.gov |
| Local Counsel: |  |
| JASON A. REDING QUIÑONEZ <br> United States Attorney |  |