IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
Case No. 9:18–CV–81147–BLOOM–REINHART

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| ISAC SCHWARZBAUM, | ) |
| Defendant. | ) |

**NOTICE REGARDING REPORT AND RECOMMENDATIONS (ECF Nos. 227 & 228)**

On September 4 and 5, 2025, United States Magistrate Judge Bruce E. Reinhart issued two Report and Recommendations (ECF Nos. 227 & 228) regarding the appropriate sanctions for the defendant Isac Schwarzbaum's contempt which the Court has already found, and proposing that a referral be made to the United States Attorney's Office for this district regarding possible criminal contempt charges under 18 U.S.C. § 402.  The Report and Recommendations provide that if counsel do not intend to file objections, they must file a notice advising the Court within five days. ECF Nos. 227 & 228, each at 6. The United States does not intend to file objections to the Report and Recommendations.

Local Counsel:

JASON A. REDING QUIÑONEZ
United States Attorney

**For UNITED STATES OF AMERICA, Plaintiff**

*/s/ Jeffrey N. Nuñez*
JEFFREY N. NUÑEZ
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 616-5218
Fax:    (202) 514-5238
Jeffrey.N.Nunez@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on September 9, 2025, or as soon thereafter as practicable, I sent a copy of the foregoing document by electronic mail and Federal Express International Delivery to the defendant Isac Schwarzbaum at the email address and mailing address Mr. Schwarzbaum provided to the United States and the Court:

Isac Schwarzbaum
Witackergasse 11
8888 Heiligkreuz
Switzerland
Email: stgt@att.net

Under the circumstances, the United States submits that no other or further notice is required.

                                                   */s/ Jeffrey N. Nuñez*
                                                   Trial Attorney, Tax Division
                                                   U.S. Department of Justice