IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
Case No. 9:18–CV–81147–BLOOM–REINHART

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ISAC SCHWARZBAUM, | ) |
| | ) |
| Defendant. | ) |

**UNITED STATES' NOTICE OF COMPLIANCE REGARDING HAGUE CONVENTION SERVICE**

The plaintiff, United States of America, submits this notice of compliance regarding the Court's September 9, 2025 *Order* regarding the two Report and Recommendations (ECF Nos. 227 & 228) issued by Magistrate Judge Bruce E. Reinhart. *See* ECF No. 231 (paperless order). In that *Order*, the Court directed the United States to attempt service of the two R&Rs on the defendant Isac Schwarzbaum via the Hague Convention, on account of Mr. Schwarzbaum's primary residence being in Switzerland. The *Order* further directed that Hague Convention service be commenced on or before September 22, 2025

On September 18, 2025, in accordance with the procedures outlined by the Swiss Central Authority (through the Swiss Federal Office of Justice), the United States sent the materials to be served under the Hague Convention to the Swiss Federal Office of Justice—Mutual Legal Assistance Unit, located in Bern, via Federal Express international delivery.[1] Federal Express's

---

[1] The required materials include two copies of the standardized Hague Convention Service Request Form, in the German-French-English version, filled out in both English and German, as well as two copies of each R&R in both English and German, on account of Mr. Schwarzbaum residing in the Canton of St. Gallen, which is a German-speaking Canton of the Swiss Federation.

1

records show that the Hague Convention materials were delivered on the morning of September 22, 2025, to the Swiss Office of Justice address in Bern. The Swiss Federal Office of Justice requires Hague Convention materials be sent to it by international delivery service, after which they will determine whether they will attempt to serve Mr. Schwarzbaum with the materials in compliance with the convention, or whether they will refuse to do so because this matter falls within one of the categorical exceptions of civil or criminal cases under the convention where the Swiss refuse to assist the United States to serve persons located in Switzerland.

Because the United States has done all that it can and all that is required of it under the Hague Convention, it respectfully submits that it has fully complied with the Court's *Order*. We will keep the Court apprised of whether service is successful or not, once we receive a response from the Swiss Central Authority.

Mr. Schwarzbaum also appears to have retained new counsel. *See* ECF Nos. 232 and 234. Attorneys Sheehan and Warner are in touch with the undersigned and have agreed to accept service of the R&Rs via email to them on behalf of Mr. Schwarzbaum. This was accomplished on September 22, 2025. Under the circumstances, the United States contends that no other or further notice is required here, and any due process or service of process concerns attendant to the R&Rs is now resolved. Mr. Schwarzbaum should be deemed to have notice of the contents of the R&Rs through his attorneys no later than September 22, 2025, and any objections to them can be addressed in the normal course by his counsel. Additionally, since Mr. Schwarzbaum now has U.S.-based counsel, the United States respectfully submits that there should be no need for further Hague Convention service in this case so long as Mr. Schwarzbaum is represented by U.S.-based counsel.

|  | **For UNITED STATES OF AMERICA, Plaintiff** |
|---|---|
|  | */s/ Jeffrey N. Nuñez* <br> JEFFREY N. NUÑEZ <br> Trial Attorney, Tax Division <br> U.S. Department of Justice <br> P.O. Box 55, Ben Franklin Station |
| Local Counsel: | Washington, D.C. 20044 <br> Phone: (202) 616-5218 |
| JASON A. REDING QUIÑONEZ <br> United States Attorney | Fax:    (202) 514-5238 <br> Jeffrey.N.Nunez@usdoj.gov |